IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] LUIS SANTIAGO-RODRIGUEZ,<br>also known as "Papatito"<br><br>Defendant. | INDICTMENT<br><br>Criminal No. 26-060 (ADC)<br><br>Violations:<br>18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. §§ 841(a)(1), (b)(1)(C)<br>21 U.S.C. § 846<br><br>Forfeiture:<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 853<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

### COUNT ONE
**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 846

Beginning on a date unknown, but not later than in or about January 2025, and continuing up to the return of the instant Indictment, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] LUIS SANTIAGO-RODRIGUEZ,
also known as "Papatito"

the defendant herein, knowingly and intentionally combined, conspired, confederated, and agreed together with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a

Schedule II narcotic drug-controlled substance. All in violation Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 846.

## COUNT TWO
**Possession of Firearms in Furtherance of a Drug Trafficking Crime**
18 U.S.C. §§ 924(c)(1)(A)(i), and 2

Beginning on a date unknown, but not later than in or about January 2025, and continuing up to the return of the instant Indictment, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] LUIS SANTIAGO-RODRIGUEZ,
also known as "Papatito"

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly possess firearms, that is, one Glock pistol, Model 23, .40 caliber, bearing serial number KZC680, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: as charged in Count One of this Indictment. All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## CONTROLLED SUBSTANCES FORFEITURE ALLEGATIONS
21 U.S.C. § 853

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of one or more of the controlled substance offenses alleged in Count One of this Indictment,

[1] LUIS SANTIAGO-RODRIGUEZ,
also known as "Papatito"

the defendant herein, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses. The property to be forfeited includes, but is not limited to, the following:

    (a) one Glock pistol, Model 23, .40 caliber, bearing serial number KZC680.

If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## FIREARMS FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)

The allegations contained in Count Two of this Indictment are hereby re-alleged

and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1).

Pursuant to Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 924, as set forth in Count Two of this Indictment,

[1] LUIS SANTIAGO-RODRIGUEZ,
also known as "Papatito"

[INTENTIONALLY BLANK]

the defendant, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including but not limited to:

    (a) one Glock pistol, Model 23, .40 caliber, bearing serial number KZC680.

TRUE BILL,

FOREPERSON

Date: 2/18/2026

W. STEPHEN MULDROW
United States Attorney

*[signature]*
Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

*[signature]*
Maria L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

*[signature]*
Ryan R. McCabe
Assistant United States Attorney